(131 So. 917)

**Bruce DOWNS v. STATE.**

**1 Div. 972.**

Court of Appeals of Alabama.

Dec. 16, 1930.

C. L. Hybart, of Monroeville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J.

Affirmed.

(132 So. 913)

**C. W. DOYLE v. STATE.**

**2 Div. 470.**

Court of Appeals of Alabama.

March 24, 1931.

BRICKEN, P. J.

Affirmed.

(138 So. 922)

**Grover DOZIER v. STATE.**

**6 Div. 74.**

Court of Appeals of Alabama.

Dec. 15, 1931.

BRICKEN, P. J.

Appeal dismissed.

(131 So. 917)

**J. L. DRENNEN v. LINCOLN RESERVE LIFE INS. CO.**

**6 Div. 868.**

Court of Appeals of Alabama.

Nov. 25, 1930.

PER CURIAM.

Appeal dismissed by consent.

(134 So. 919)

**Charlie W. DUBOSE v. STATE.**

**5 Div. 827.**

Court of Appeals of Alabama.

April 21, 1931.

RICE, J.

Appeal dismissed.

(131 So. 917)

**Burt DUNN v. STATE.**

**6 Div. 745.**

Court of Appeals of Alabama.

April 21, 1930.

PER CURIAM.

Appeal dismissed on motion of appellant.

(138 So. 922)

**Martha DUNN v. STATE.**

**6 Div. 50.**

Court of Appeals of Alabama.

Dec. 15, 1931.

RICE, J.

Appeal dismissed.

(138 So. 922)

**C. J., alias Clint, DYE v. STATE.**

**6 Div. 170.**

Court of Appeals of Alabama.

Jan. 12, 1932.

SAMFORD, J.

Appeal dismissed.